IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michelle Craig, | : | |
| Plaintiff | : | Civil Action 2:11-cv-658 |
| v. | : | Judge Sargus |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

**OPINION AND ORDER**

On March 29, 2012, the Magistrate Judge issued a report and recommendation that the final decision of the Commissioner of Social Security denying benefits be sustained and that this matter be dismissed. Objections to this Report and Recommendation were due by April 16, 2012.

Plaintiff has filed no objections to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. §636(b), the Court finds the Report and Recommendation well taken. Accordingly, it (Doc. 17) is **ADOPTED**. The final decision of the Commissioner of Social Security denying benefits is **SUSTAINED**, and this action is hereby **DISMISSED**.

s/ _____ 5-22-2012
United States District Judge