AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHELLE CRAIG,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-11-658**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed May 23, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: May 23, 2012                        JAMES BONINI, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk