AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MICHELLE CRAIG,**

    **Plaintiff,**

                              **JUDGMENT IN A CIVIL CASE**

**v.**

| | |
|---|---|
| **COMMISSIONER OF** | **CASE NO. C2-11-658** |
| **SOCIAL SECURITY,** | **JUDGE EDMUND A. SARGUS, JR.** |
| | **MAGISTRATE JUDGE MARK R. ABEL** |
|     **Defendant.** | |

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the Opinion and Order filed May 23, 2012, JUDGMENT is hereby entered DISMISSING this case.**

| | |
|---|---|
| Date: May 23, 2012 | JAMES BONINI, CLERK |
| | |
| | */S/ Andy F. Quisumbing* |
| | (By) Andy F. Quisumbing |
| | Courtroom Deputy Clerk |